IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JERRY B. ROGERS                                                                    PLAINTIFF

v.                                          Civil No. 2:17-CV-02051

SHERIFF BILL HOLLENBECK,                                                      DEFENDANTS
CAPTAIN JOHN MILLER, and
DEPUTY BRITLEY FLORENCE

## JUDGMENT

For the reasons stated in the Opinion and Order filed this date, this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 2nd day of July 2018.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE